UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV 6798

| | |
|---|---|
| Northern Valley Communications, Inc.<br><br>-v-<br><br>AT&T Corp.        Plaintiff,<br><br>Defendant. | ECF CASE<br><br>Case No. _____<br><br>Rule 7.1 Statement<br><br>RECEIVED<br>JUL 3 0 2008<br>U.S.D.C. S.D.N.Y.<br>CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Northern Valley Communications, Inc.__   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff has no publicly held parents, affiliates or subsidiaries.

**Date:** July 29, 2008

_Signature of Attorney_

**Attorney Bar Code:** _____

Form Rule7_1.pdf  SDNY Web 10/2007