Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NORTHERN VALLEY COMMUNICATIONS,
L.L.C.,

        Plaintiff,                                     Case No. 08 CIV 6798

       -against-                                    AFFIDAVIT OF SERVICE

AT&T CORP.,

        Defendant.
-----------------------------------------------------------------X
STATE OF NEW YORK   )
                              S.S.:
COUNTY OF NEW YORK)

       DARRYL GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

       That on the 6th day of August, 2008, at approximately 12:05 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 STATEMENT; AND CIVIL COVER SHEET upon AT&T CORP. c/o CT Corporation System at 111 Eighth Avenue, New York, NY, by personally delivering and leaving the same with MS. FLORES, who informed deponent that she is a Process Clerk authorized by appointment to receive service at that address.

       MS. FLORES is a tan (Hispanic) female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 140 pounds with brown hair and brown eyes.

_____
DARRYL GREEN
#0866535

Sworn to before me this
7th day of August, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com