CROTTY/J
PART/F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

NORTHERN VALLEY COMMUNICATIONS, L.L.C.   :   1:08-cv-06798-UA

        *Plaintiff,*   :   ECF CASE

        v.   :

AT&T CORP.,   :

        *Defendant.*   :

------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 9 2008

### STIPULATION AND ORDER EXTENDING TIME
### TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The parties to the above-captioned proceeding, by their respective attorneys, hereby stipulate and agree, subject to the approval of this Court, that the time to answer or otherwise respond to the Complaint herein, by agreement shall be extended to and including September 9, 2008.

Dated: August 18, 2008

ROBINSON & MCDONALD, LLP
Attorneys for the Plaintiff

By: *Jayne Scimeca Robinson* /SmB
Jayne Scimeca Robinson
61 Broadway
Suite 1415
New York, New York 10006
(212) 953-3888

Of counsel:

Ross A. Buntrock
Michael B. Hazzard
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, N.W.
Seventh Floor
Washington, DC 20005
Phone (202) 467-6900
Fax (202) 467-6910

                                           SIDLEY AUSTIN LLP
                                           Attorneys for the Defendant

                                           By /s/ Steven M. Bierman
                                           Steven M. Bierman
                                           787 Seventh Avenue
                                           New York, New York 10019
                                           (212) 839-5300

SO ORDERED,
this 14th day of August, 2008

/s/ Paul␣Crotty
THE HONORABLE Paul A. Crotty
UNITED STATES DISTRICT JUDGE

Part I